IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HUGH BRYAN BOUGHAN                                               PETITIONER

v.                         CASE NO. 6:87-cr-60003

USA                                                               RESPONDENT

## **ORDER**

Before the Court is the Report and Recommendation filed July 12, 2018, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4. Judge Ford recommends that Petitioner's Petition to Have Conviction Sealed and/or Dismissed (ECF No. 2) be dismissed with prejudice for lack of ancillary jurisdicition. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Ford's Report and Recommendation *in toto*. Accordingly, Petitioner's Petition to Have Conviction Sealed and/or Dismissed (ECF No. 2) is **DISMISSED WITH PREJUDICE** for lack of ancillary jurisdiction.

**IT IS SO ORDERED**, this 13th day of August, 2018.

                                                                  /s/ Susan O. Hickey
                                                                  Susan O. Hickey
                                                                  United States District Judge